**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BILLIE EDWARD DIGGS, JR. | ) | Bankruptcy No. 19-10615-KHK |
| | ) | |
| and | ) | Chapter 13 |
| | ) | |
| TRENA LARIA DIGGS | ) | |
| | ) | |

**MOTION TO DISMISS CASE UNDER SECTION 1307(b)**

COMES NOW the Debtor, by counsel, and in support of his *Motion to Dismiss Case Under Section 1307(b)*, state as follows:

1. On February 27, 2019 the Debtors filed a voluntary Chapter 13 case.

2. The Debtors cannot afford the payments under the Plan at this time.

3. This Chapter 13 case was not converted from Chapter 7 or from another Chapter of Title 11.

4. Under 11 U.S.C. 1307(b), the Debtor is entitled to have this Chapter 13 case dismissed at any time.

WHEREFORE, the Debtor moves this Honorable Court to enter an order dismissing this case.

Michael J. O. Sandler, VSB #46443
12801 Darby Brook Court, Suite 201
Woodbridge, VA 22192
703-967-3315; FAX 703-910-6235
sandlerlaw @yahoo.com

1

Respectfully submitted,

BILLIE EDWARD DIGGS, JR.
TRENA LARIA DIGGS
By Counsel

FISHER-SANDLER LLC

/s/ Michael J. O. Sandler
Michael J. O. Sandler, VSB #46443
12801 Darby Brook Court, Suite 201
Woodbridge, Virginia 22192
(703)967-3315
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2021, the following person(s) were served a copy of the foregoing Certification via the CM/ECF system or by first class mail, postage prepaid:

| | |
|---|---|
| Thomas P. Gorman, Trustee | Office of the United States Trustee |
| 300 N. Washington St., Ste. 400 | 1725 Duke Street, Suite 650 |
| Alexandria, VA 22314 | Alexandria, VA 22314 |

Alltran Financial, LP
PO Box 610
Sauk Rapids, MN 56379-0000

American Infosource
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-0000

AR Resources, Inc.
P.O. Box 1056

Blue Bell, PA 19422-0000

ARIS
PO Box 72078
Cleveland, OH 44192-0000

Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0000

Capital One
P.O. Box 70884
Charlotte, NC 28272-0000

Carient heat & Vascular
8100 Ashton Avenue, Suite 200
Manassas, VA 20109-0000

Commonwealth of Virginia
Dept of Taxation
PO Box 2369
Richmond, VA 23218-2369

County of Fairfax
Dept. of Tax Administration
P.O. Box 10206
Fairfax, VA 22035-0000

Cox Communications
3161 N. Rock Road
Suite B
Wichita, KS 67226-0000

Credit Collection Services
725 Canton Street
Norwood, MA 02062-0000

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-0000

Dominion Energy Virginia
P.O. Box 26543

Richmond, VA 23290-0000

ECAST Settlement Corp.
P.O. Box 35480
Newark, NJ 07193-0000

I.C. System
P.O. Box 64437
Saint Paul, MN 55164-0000

Inova
PO Box 37190
Baltimore, MD 21297-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kaiser Permanente
P.O. Box 62416
Baltimore, MD 21264-0000

LVNV Funding LLC
PO Box 10584
Greenville, SC 29603-0000

Orchard Landing Apartments
c/o HarrisLoftus
7900 Sudley Rd, Suite 608
Manassas, VA 20109-0000

Portfolio Recovery Assoc.
P.O. Box 41067
Norfolk, VA 23541-0000

Rent-A-Center
4106 S. Salina Street
Syracuse, NY 13205-2058

Sentara
P.O. box 79698
Baltimore, MD 21279-0000

Strayer University
45150 Russel Branch Pkwy
Suite 200
Ashburn, VA 20147-0000

Suburban Credit
PO Box 30640
Alexandria, VA 22310-0000

University of Virginia Med Ctr
P.O. Box 743977
Atlanta, GA 30374-0000

Whipple Tree Emerg. Phys
P.O. Box 37992
Philadelphia, PA 19101-0000

ZenResolve
4720 E. Cotton Gin Loop
Suite 135
Phoenix, AZ 85040-0000

      /s/ Michael J. O. Sandler
      Michael J. O. Sandler